No. 75–1034. TRAINOR, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL. *v.* BANKS ET AL. C. A. 7th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 75–1082. KNIGHT ET AL. *v.* SOUTH CENTRAL BELL TELEPHONE Co. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 75–6156. MOLINAR *v.* WESTERN ELECTRIC Co. ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 75–1092. PIHER INTERNATIONAL CORP. ET AL. *v.* CTS CORP. C. A. 7th Cir. Motion to strike petitioners' supplemental brief, or, in the alternative, additional time to file a responsive brief denied. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this motion and petition.

No. 75–5897. LEMING ET AL. *v.* UNITED STATES. C. A. 9th Cir. Motion of John R. Jones and Walter Mark Conway to join in the petition for writ of certiorari granted. Certiorari denied.

No. 75–6264. ADAMS ET AL. *v.* CENTRAL OF GEORGIA RAILWAY Co. ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 75–588. WASHINGTON ET AL. *v.* UNITED STATES ET AL., 423 U. S. 1086. Petition for rehearing denied.